**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Anthony LaFauci</u>

    v.                                            Civil No. 08-cv-77-PB

<u>Executive Assistant, New Hampshire</u>
<u>Adult Parole Board, et al.</u>

**O R D E R**

    Pro se petitioner Anthony LaFauci has filed a submission entitled "Motion to the Courts Issued Order Dated April 17, 2008 to Clarified Filed Petition" and supporting documents (document no. 9), which I liberally construe as a motion to amend his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 and a request to further stay the proceedings. Also filed is a second submission and supporting documents (document no. 10), which I construe as a status report in connection with the stay of LaFauci's federal proceedings pending his exhaustion of state remedies.

    LaFauci's motion (document no. 9) is hereby granted. The federal proceedings will remain stayed and the petition held in abeyance pending his complete exhaustion of state remedies. Once he has exhausted state remedies, he may request this Court to

lift the stay and review his federal petition.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: October 29, 2008

cc:   Anthony LaFauci, pro se