UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Anthony LaFauci

        v.                                  Case No. 08-cv-77-PB

NH State Prison, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 13, 2009.

    SO ORDERED.

April 6, 2009                                  /s/ Paul Barbadoro
                                                      Paul Barbadoro
                                                      United States District Judge

cc:    Anthony LaFauci, Pro se