**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Anthony LaFauci**

    **v.**                                              Case No. 08-cv-77-PB

**Warden, NH State Prison**

**O R D E R**

I agree with the Commissioner that the undisputed facts establish that petitioner has been given appropriate credit for completion of a sex offender program and has in all respects received the good time credit to which he is entitled.  His habeas corpus petition is without merit.

The Warden's motion for summary judgment (Doc. No. 27) is granted.

SO ORDERED.

                                                    /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

August 13, 2009

cc:   Anthony LaFauci, pro se
       Elizabeth Woodcock, Esq.