```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Anthony LaFauci**

    v.                                  Case No. 08-cv-77-PB

**NH Adult Parole Board, et al.**


### O R D E R

The defendant has not made a substantial showing of the denial of a constitutional right. To the extent that he seeks a certificate of appealability, his motion is denied. To the extent that he intends his motion to seek permission to file a new petition, I lack the authority to act on the motion. Thus, I construe the motion as a motion for certificate of appealability and I deny the motion without prejudice to petitioner's right to petition the Court of Appeals for authority to file a second habeas corpus petition.

    SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

September 29, 2009

cc:   Anthony LaFauci, pro se
       Elizabeth Woodcock, Esq.