UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Anthony LaFauci</u>

    v.                         Case No. 08-cv-77-PB

<u>NH Parole Board, et al.</u>


<u>ORDER</u>

    Re: Document No. 35, Motion to file a Writ of Habeas Corpus

    Ruling: Petitioner's second Motion to File a Writ of Habeas Corpus is denied for the same reasons stated in the Court's order dated September 29, 2009. To the extent this pleading seeks reconsideration of the Court's prior order, the motion is denied.


                                         <u>/s/ Paul Barbadoro</u>
                                         Paul Barbadoro
                                         U.S. District Judge

Date: October 8, 2009

cc: Anthony LaFauci, Pro se
    Elizabeth Woodcock, Esq.