UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Anthony LaFauci

    v.                      Civil No. 08-cv-77-PB

NH Parole Board, et al.



    Re: Document No.37 , Motion to File a Second Writ of Habeas Corpus

    Ruling: Petitioner's Second Motion for leave to file a "second" Writ of Habeas Corpus is denied for the same reasons stated in the Court's Orders dated September 29, 2009 and October 8, 2009.  Should the Petitioner file another motion for leave to file a Habeas Corpus citing the same legal and factual basis contained in the prior three motions, the motion shall be returned to the filer without ruling.



Date: October 28, 2009

cc: Anthony LaFauci, Pro se
    Elizabeth Woodcock, Esq.